Aug 29 2007 3:42PM   Allen Credit & Debt Coun.   605-458-2506   p.1

Certificate Number: 06531-ILN-CC-002433418

# CERTIFICATE OF COUNSELING

I CERTIFY that on August 29, 2007, at 3:37 o'clock PM CDT,

Helen R Cranston received from

Allen Credit and Debt Counseling Agency,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: August 29, 2007

By   /s/Sharon Schroeder

Name   Sharon Schroeder

Title   Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 06531-ILN-CC-002433041

# CERTIFICATE OF COUNSELING

I CERTIFY that on August 29, 2007, at 2:54 o'clock PM CDT,

James R Cranston received from

Allen Credit and Debt Counseling Agency

an agency approved pursuant to 11 U.S.C § 111 to provide credit counseling in the

Northern District of Illinois, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

Date: August 29, 2007

By    /s/Sharon Schroeder

Name    Sharon Schroeder

Title    Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).